IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRYSTAL MEGAN DELIMA            PLAINTIFF

V.        CASE NO. 5:17-CV-5244

WAL-MART STORES ARKANSAS, LLC            DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on February 22, 2019 (Doc. 138) and the Court's Order thereupon (Doc. 139), the Court hereby finds and directs that the Defendant, Wal-Mart Stores Arkansas, LLC, is entitled to a judgment in its favor and a dismissal of Plaintiff's Complaint against it.

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, and that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 22nd day of February, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE